```
                                                          FILED
E. MARSHALL HODGKINS #76796                        2005 JUN 29 A 10: 10
1060 Fulton Mall Suite 804
Fresno, California 93721                           CLERK, US DIST. COURT
Telephone:   233-3961                              EASTERN DIST. OF CALIF
Facsimile:   233-3075
                                                   BY_____
Attorney for Defendant, Celia Garcia Rincon              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT FOR

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-045237 |
| Plaintiff, | **Substitution of Attorney** |
| vs. | |
| Celia Garcia Rincon, | Date: July 18th, 2005 |
| Defendant | Time: 1:30 p.m. |
| | Dept: 2 |

I, CELIA GARCIA RINCON, do hereby substitute E. MARSHALL HODGKINS, Attorney at Law, 1060 Fulton Mall, Suite 804, Fresno, California, 93721 as my attorney, in the place and stead of SALVATORE SCIANDRA.

DATED: 6-01-05                         _____
                                       CELIA GARCIA RINCON

I, hereby agree to the above substitution.

DATED: 6-2-05                          _____
                                       SALVATORE SCIANDRA

I, hereby agree to accept the above substitution.

DATED: 6/1/05                          _____
                                       E. MARSHALL HODGKINS

- 1

| | |
|---|---|
| 1 | IT IS SO ORDERED |
| 2 | |
| 3 | DATED: 6-27-05 |

_[Signature]_

**HONORABLE OLIVER W. WAGNER**
**JUDGE UNITED STATES DISTRICT COURT**

- 2