UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CELIA GARCIA RINCON, ) <br> ) <br> Defendant ) <br> _____) | CR F-04-5237 OWW <br><br><br><br><br><br> RECOMMENDATION FOR CALIFORNIA <br> FACILITY |

The Court hereby recommends that the defendant be incarcerated at a California facility, but only insofar as it is in accordance with security classification and space availability.

Dated: December 30, 2005          /s/ OLIVER W. WANGER
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

1