UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>              Plaintiff,                    )<br>      vs.                                         )<br>                                                            )<br> CELIA GARCIA RINCON,              )<br>                                                            )<br>              Defendants.                )<br>_____) | 1:04-5237 OWW<br>(Central District of<br> California Case No.<br> 04-2022M)<br><br>ORDER EXONERATING BOND<br>AND FOR RETURN OF NOTE<br>AND DEED OF TRUST AND<br>PASSPORT |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the bond in this matter is exonerated and that the Clerk of this court notify the Clerk of the Court for the Central District of California that the Note and Deed of Trust posted in this matter may be returned to the surety and the Passport of the defendant may be returned to the defendant or her authorized representative.

Dated: _July 7, 2006___          _/s/ OLIVER W. WANGER_____
                                                OLIVER W. WANGER
                                                United States District Judge